UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (Brooklyn)
===============================================

| | |
|---|---|
| PAMELA ROUNTREE,<br><br>    Plaintiff<br><br>vs.<br><br>ASSET RECOVERY SOLUTIONS, LLC<br>and BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO. 15, LLC<br><br>    Defendants | 1:21-cv-01046-LDH-SJB |

===============================================

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court will retain jurisdiction over the pending Motion for Permanent Injunction (D.E. 31).

| | |
|---|---|
| Dated: October 8, 2021 | Dated: October 8, 2021 |
| _s/Mitchell L. Williamson_<br>MITCHELL L. WILLIAMSON, Esq.<br>Barron & Newburger, P.C<br>458 Elizabeth Ave - Suite 5371<br>Somerset, New Jersey 08873<br>(732) 732-328-9480<br>mwilliamson@bn-lawyers.com<br>**Attorneys for Defendants**<br>**Asset Recovery Solutions, LLC and**<br>**Bureaus Investment Group Portfolio No. 15, LLC** | _s/Jonathan M. Cader_<br>Jonathan M. Cader, Esq.<br>Barshay Sanders, PLLC<br>100 Garden City Plaza – Suite 500<br>Garden City, NY 11530<br>516-203-7600<br>jcader@barshaysanders.com<br>**Attorneys for Plaintiff**<br>**Pamela Rountree** |